**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

**EZZAT ADEL ABDALLA MAGLY**,

 *Petitioner*,

 v.              Case No. 2:26-cv-02949-BCL-cgc

**TODD BLANCHE**, Acting Attorney General
of the United States; **CHRISTOPHER BULLOCK,**
Field Office Director of the New Orleans Field
Office, U.S. Immigration and Customs
Enforcement; **TRINITY MINTER**, Warden,
Western Tennessee Detention Facility; **DAVID
VENTURELLA** Acting Director of U.S.
Immigration and Customs Enforcement; and
**MARKWAYNE MULLIN**, Secretary of the U.S.
Department of Homeland Security,

 *Respondents*.

---

### ORDER DIRECTING SERVICE AND RESPONSE

---

Petitioner is a noncitizen currently detained in Mason, Tennessee. Doc. 1. On July 28, 2026, he filed for a writ of habeas corpus under 28 U.S.C. § 2241 for either immediate release or an individualized bond hearing. *Id.* at 10.

The Clerk of Court **SHALL** send a copy of this Petition to counsel for the Respondent at stuart.canale@usdoj.gov and file a Notice stating when that is done. Electronic service on the United States Attorney for the Western District of Tennessee is *not* a substitute for the requirements of formal service but is instead intended only to provide the Respondent notice and an opportunity to be heard given the potentially expedited nature of these proceedings. Respondent is **ORDERED** to file a response to the Petition within **three (3)** days of service. Petitioner may file a reply within **three (3)** days of service of the response.

**IT IS SO ORDERED**, this 29th day of July, 2026.

s/ *Brian C. Lea*

BRIAN C. LEA
UNITED STATES DISTRICT JUDGE