**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**EZZAT MAGLY**,

Petitioner,

v. Case No. 2:26-cv-02949-BCL-cgc

**TODD BLANCHE**, et al.

Respondent.

---

**ORDER DENYING PETITIONER'S WRIT OF HABEAS CORPUS**

---

Petitioner Ezzat Magly filed a Petition for Writ of Habeas Corpus in which he challenged his detention without a bond hearing pending removal proceedings. Doc. 1. Respondent has now informed the Court that Petitioner has both received a bond hearing and been granted bond. Doc. 20. Petitioner has not argued otherwise despite being granted leave to file a reply. As Petitioner has already received the relief he seeks, this petition is **DENIED** as moot.

**IT IS SO ORDERED**, this 24th day of August, 2026.

s/ *Brian C. Lea*
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE